UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,                    Case No. 16-20322

v.

                                      Hon. Judith E. Levy
William Frank Snody,          United States District Judge

        Defendant.

_____

**United States of America's Response to
Defendant's Motion for Reconsideration**
_____

    Following the Court's decision denying Snody's motion for compassionate release without prejudice, Snody's family purchased a residence for him to reside in after his release.

    The government continues to oppose Snody's request for compassionate release for the reasons outlined in its original and supplemental response to Snody's motion. If the Court remains inclined to release Snody if it determines that Snody's proposed placement is acceptable, the government requests that the Court hold a hearing wherein the probation department can confirm on the record that they approve of Snody's proposed residence and that there are no

1

encumbrances that prevent registered sex offenders from residing at that location or within that condominium complex.

Dated: October 30, 2020

Respectfully Submitted,

MATTHEW SCHNEIDER
United States Attorney

s/CHRISTOPHER RAWSTHORNE
Assistant United States Attorney
600 Church Street
Flint, MI 48502
Telephone number: (810) 766-5035
Email:Christopher.Rawsthorne@usdoj.gov
WI BAR # 1059889

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2020, the foregoing document was electronically filed by an employee of the United States Attorney's Office with the Clerk of the Court using the ECF system which will send notification of such filing to:

Kimberly Stout

                                    s/CHRISTOPHER RAWSTHORNE
                                    United States Attorney's Office