UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

               Plaintiff,        Case No. 16-20322

v.                                      Judith E. Levy
                                       United States District Judge

William Frank Snody,
                                       Mag. Judge R. Steven Whalen
             Defendant.

_____/

## ORDER GRANTING DEFENDANT'S RENEWED MOTION FOR COMPASSIONATE RELEASE [71]

This case is before the Court on Defendant's renewed motion for compassionate release. (ECF No. 71.) On November 16, 2020, a hearing was held by video conference and oral argument was heard. For the reasons set forth on the record, Defendant's motion is GRANTED.

Defendant's sentence of imprisonment is reduced to time served.

Upon release by the Bureau of Prisons, Defendant must immediately self-quarantine at his residence for 14-days.

The term of supervised release and all other conditions of supervised release remain unchanged.

IT IS SO ORDERED.

Dated: November 16, 2020  s/Judith E. Levy
Ann Arbor, Michigan  JUDITH E. LEVY
 United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 16, 2020.

 s/William Barkholz
 WILLIAM BARKHOLZ
 Case Manager